In the Matter of RAQUEL SILVERSTEIN, Appellant, v BERNARD SILVERSTEIN, Respondent.—Motion granted and appeal dismissed unless records and briefs are filed and served on or before June 1, 1987; cross motion for new hearing denied with leave to renew upon a showing that there are no alternative means to reconstruct a record for review upon appeal *(see, People v Glass,* 43 NY2d 283; *People v Rivera,* 39 NY2d 519).

SILVIA WIMBERLY, Respondent, v JOHN WIMBERLY, Appellant.—Motion for stay pending appeal denied; cross motion to dismiss appeal denied because there is no proof of service of a notice of entry of the judgment appealed from *(see,* CPLR 5512 [a]; *Kelly v Sheehan,* 76 NY 325).